# United States Court of Appeals
## For the First Circuit

No. 13-1050

UNITED STATES OF AMERICA,

Appellee,

v.

CARLOS MANUEL DEL VALLE-CRUZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 6, 2015, is amended as follows:

On page 13, line 4, after the phrase "similar factual circumstances," insert a footnote that says:

"Although there are similarities, nonetheless there are distinguishing factual differences between Del Valle-Cruz and Morales-Cruz in terms of their criminal history and recent behavior. We wish to make it clear that, were we able to review for abuse of discretion (i.e., had there been no waiver of appeal and a properly preserved objection to the conditions) these differences, coupled with the district court's lack of explanation for its rationale, may have led us to find an abuse of discretion."

The trailing footnotes should be renumbered.